17 So.2d 246

### CITY OF DOTHAN v. SUNNY STATE OIL CO.

### 4 Div. 315.

Supreme Court of Alabama.

March 2, 1944.

W. L. Lee and Alto V. Lee, III, both of Dothan, for the petition.

T. E. Buntin, of Dothan, opposed.

LIVINGSTON, Justice.

Petition of Sunny State Oil Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of City of Dothan v. Sunny State Oil Co., 17 So.2d 245.

Writ denied on authority of Sanford v. City of Clanton, Ala.App., 15 So.2d 303; Id., 244 Ala. 671, 15 So.2d 309.

GARDNER, C. J., and FOSTER and STAKELY, JJ., concur.